OPINION — AG — THE LAWS OF THE STATE OF OKLAHOMA DO NOT REQUIRE THE OWNER OPERATOR OF A FUNERAL HEARSE TO HAVE A COMMERCIAL CHAUFFEUR'S LICENSE; HOWEVER, EVERY PERSON WHO IS EMPLOYED FOR THE PRINCIPAL PURPOSE OF OPERATING A MOTOR VEHICLE WOULD BE REQUIRED TO HAVE A VALID CHAUFFEUR'S LICENSE. CITE: 47 O.S. 1961 1-108 [47-1-108], 47 O.S. 1965 Supp., 6-101 [47-6-101], 13 O.S. 1961 4 [13-4] (ROBERT MCCHESNEY)